■ Edna C. Lawlor et al., Plaintiffs, v. John W. Weishaupt et al., Defendants.— Appeal dismissed unless appellant shall file and serve record,

brief and note of issue for the March 1962 Term on or before March 2, 1962, in which event motion denied.